IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ARDARRIUS WILLIAMS | : | NO. 12-100 |

ORDER

AND NOW, this 17th day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant to suppress physical evidence (Doc. #35) is DENIED; and

(2)  the motion of defendant to suppress statements (Doc. #30) is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
                                                                J.